**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**WACHOVIA BANK, N.A.,**

           **Plaintiff,**

-vs-                                            **Case No. 6:09-cv-1117-Orl-31GJK**

**PALM BAY WEST DEVELOPMENT, LLC, JEROME L. RICH and JODI L. RICH,**

           **Defendants.**
_____

## ORDER

Plaintiff, Wachovia Bank, NA, has sued Defendants for collection of a promissory note (Count I), foreclosure of real and personal property (Counts II and III) and for breach of a personal guaranty agreement (Count IV) (Doc. 1). On August 8, 2009, Defendants filed a Motion to Dismiss (Doc. 13) contending that Counts I and IV should be dismissed because those claims should have been asserted as a compulsory counterclaim in an action brought by Defendants against Plaintiff in the United States District Court for the Southern District of Florida, Case No. 9:08-cv-81575. However, that case involves claims relating to the sale by Plaintiff to Defendants of investment products referred to as "auction rate securities." These transactions have only a tangential relationship to the issues in this case. Accordingly, Counts I and IV of Wachovia's complaint need not be asserted as a counterclaim in the Southern District case and Defendant's Motion is without merit.[1] It is, therefore

---

[1] Plaintiff's "argument" regarding Count III is patently without merit and needs no discussion.

**ORDERED** that Defendant's Motion to Dismiss (Doc. 13) is denied.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 16, 2009.

Copies furnished to:

Counsel of Record
Unrepresented Party

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE